Mark Carey
The Law Offices of Mark A. Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
Email: markcareylaw@ymail.com
Phone: (716) 853-9432

**Attorney for Plaintiff, Debra Bostick**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DEBRA BOSTICK<br><br>Plaintiff,<br><br>v.<br><br>HAPPY MONEY, INC., TRANS UNION, LLC, and EQUIFAX, INC.,<br><br>Defendants. | Case No. 1:24-cv-04134<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS, HAPPY MONEY, INC., and TRANS UNION, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Debra Bostick ("PLAINTIFF") and Defendants Happy Money, Inc., ("HAPPY MONEY") and TransUnion, LLC ("TRANS UNION") have reached settlement in the above-captioned action. Plaintiff expects to file a Joint Stipulation of Dismissal as to Happy Money, once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests

1

**NOTICE OF SETTLEMENT AS TO DEFENDANT, HAPPY MONEY, INC., TRANS UNION, LLC**

sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

      Please be advised that this settlement does not affect Plaintiff's claims or rights as they pertain to Defendant, EQUIFAX, LLC, ("EQUIFAX").

                                    RESPECTFULLY SUBMITTED,

Dated: October 19, 2024        By:   /s/ Mark Carey
                                                Mark Carey GAB 109360
                                                The Law Offices of Mark A. Carey, P.C.
                                                391 Perimeter Center North, Suite 275
                                                Dunwoody, GA 30346
                                                Email: markcareylaw@ymail.com
                                                Phone: (716) 853-9432

                                                **Attorney for Plaintiff, Debra Bostick**

## CERTIFICATE OF SERVICE

I certify that on October 19, 2024, I served Plaintiff Debra Bostick's Notice of Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

By: /s/ *Mark Carey*
Mark Carey (GAB 109360)
The Law Offices of Mark A. Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
Email: markcareylaw@ymail.com
Phone: (716) 853-9432
**Attorney for Plaintiff, Debra Bostick**