Mark Carey
The Law Offices of Mark A. Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
Email: markcareylaw@ymail.com
Phone: (716) 853-9432

**Attorney for Plaintiff, Debra Bostick**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DEBRA BOSTICK<br><br>Plaintiff,<br><br>v.<br><br>HAPPY MONEY, INC., TRANS UNION, LLC, and EQUIFAX, INC.,<br><br>Defendants. | Case No. 1:24-cv-04134<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS, HAPPY MONEY, INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Debra Bostick ("PLAINTIFF") and Defendant Happy Money, Inc., ("HAPPY MONEY") have reached settlement in the above-captioned action. Plaintiff expects to file a Joint Stipulation of Dismissal as to Happy Money, once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement

1

**NOTICE OF SETTLEMENT AS TO DEFENDANT, HAPPY MONEY, INC.**

documents and notify this honorable Court of dismissal.

Please be advised that this settlement **does not** affect Plaintiff's claims or rights as they pertain to **Defendant, EQUIFAX, LLC, ("EQUIFAX").**

Dated: January 7, 2025     RESPECTFULLY SUBMITTED,

By:   *s/ Mark Carey*
      Mark Carey GAB 109360
      The Law Offices of Mark A. Carey, P.C.
      391 Perimeter Center North, Suite 275
      Dunwoody, GA 30346
      Email: markcareylaw@ymail.com
      Phone: (716) 853-9432

      **Attorney for Plaintiff, Debra Bostick**

# CERTIFICATE OF SERVICE

I certify that on January 7, 2025, I served Plaintiff Debra Bostick's Notice Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

By: /s/ *Mark Carey*
Mark Carey (GAB 109360)
The Law Offices of Mark A. Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
Email: markcareylaw@ymail.com
Phone: (716) 853-9432
**Attorney for Plaintiff, Debra Bostick**