**UNITED STATES DISTRICT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DEBRA BOSTICK,<br><br>Plaintiff,<br><br>v.<br><br>HAPPY MONEY, INC., TRANS UNION, LLC and EQUIFAX INC.,<br><br>Defendants. | Case No. 1:24-cv-04134-SDG-CMS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX, INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff DEBRA BOSTICK ("Plaintiff") and Defendant EQUIFAX INC. ("EQUIFAX" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to EQUIFAX once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

                                                RESPECTFULLY SUBMITTED,

Dated: February 11, 2025      By:   /s/ *Mark A. Carey*
                                                      Mark A. Carey
                                                      Law Offices of Mark Carey
                                                      131 N Park Avenue
                                                      Buffalo, NY 14216
                                                      Phone: (716) 853-9243
                                                      Email: markcareylaw@ymail.com

                                                      Attorneys for Plaintiff,
                                                      DEBRA BOSTICK

## CERTIFICATE OF SERVICE

I certify that on February 11, 2025, I served Plaintiff DEBRA BOSTICK's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: /s/ Mark A. Carey
Mark A. Carey
Law Offices of Mark Carey
131 N Park Avenue
Buffalo, NY 14216
Phone: (716) 853-9243
Email: markcareylaw@ymail.com

Attorneys for Plaintiff,
DEBRA BOSTICK

**NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX, INC.**